AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

BART H. RYPL

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00165

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 01/27/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

BART H. RYPL
30628 DETROIT RD.
# 140
WESTLAKE, OHIO
44145

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JAN 27 2006
CLERK                                          DATE

M. Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

BART H. RIPP
V.
UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00165

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 01/27/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF  PRO SE  (name and address)

BART H. RIPP
30628 DETROIT RD.
#140
WESTLAKE, OHIO
44145

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

JAN 2 7 2006
DATE

M. Higgins

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) \| C. Date of Delivery |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>U.S. Attorney, Dist. of Columbia<br>Civil Process Clerk<br>555 4th Street NW<br>Washington D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0003 6604 5933 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzales, U.S. Atty Gen.<br>Civil Process Clerk<br>950 Pennsylvania Av. NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 10 2006 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0003 6604 6022 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

RETURN OF SERVICE

Service was made by __Bart H. Rippl__ Date __FEB 13 2006__
                        Name of server

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # __7005-1820-0003-6604-5933__

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ __5.36__.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____          __23 February 2006__
Bart H Rippl                              Date

RETURN OF SERVICE

Service was made by ___Bart H. Rippl___   Date ___FEB 10 2006___
                       Name of server

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # ___7005-1820-0003-6604-6622___,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ ___5.36___.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.


___[signature]___                                    ___23 February 2006___
Bart H Rippl                                                 Date