IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BART H. RIPPL,<br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>          Defendant. | )<br>) No. 1:06-cv-00165 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: April 13, 2006.

                                                    Respectfully submitted,

                                                    /s/ Beatriz T. Saiz
                                                    BEATRIZ T. SAIZ
                                                    Trial Attorney, Tax Division
                                                    U.S. Department of Justice
                                                    P.O. Box 227
                                                    Ben Franklin Station
                                                    Washington, DC 20044
                                                    Phone/Fax: (202) 307-6585/514-6866
                                                    Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 13, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        BART H. RIPPL
        30628 Detroit Road
        # 140
        Westlake, OH 44145

          /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ