IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BART H. RIPPL, ) | |
|     Plaintiff, ) | No. 1:06-cv-00165 (RWR) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
|     Defendant. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 13, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> BART H. RIPPL
> 30628 Detroit Road
> # 140
> Westlake, OH 44145

                                          /s/ Beatriz T. Saiz
                                          BEATRIZ T. SAIZ