```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| BART H. RIPPL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-165 (RWR) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion [4] to dismiss the complaint be, and hereby is, GRANTED, and this case is DISMISSED. This is a final, appealable order.

SIGNED this 14th day of July, 2006.

```
                                /s/
                       RICHARD W. ROBERTS
                       United States District Judge
```