**RECEIVED**

FEB 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Bart H Rippl, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES (Government), <br><br> Defendant. | Case No: 1:06-cv-00165 RWR |

## MOTION TO DECLARE PLAINTIFF'S MOTION
## TO VACATE DISMISSAL CONCEDED

The record shows that on December 5, 2006 (dkt.#10) plaintiff filed a motion to vacate the court's dismissal of this matter. Defendant is allowed 11 days to respond and/or oppose the motion. As of this date defendant has not opposed plaintiff's motion. At this time any opposition by defendant would be untimely.

Wherefore, plaintiff requests that the court declare plaintiff's unopposed motion conceded and reinstate this matter.

Respectfully Submitted

Dated __13 February__, 2007

Bart H Rippl
30628 Detroit RD #140
Westlake, OH 44145

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Beatriz T. Saiz
U.S. Dept of Justice
P.O. Box 277
Washington D.C. 20044

Dated _13 February_, 2007

Bart H Rippl